# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### ORLANDO DIVISION

**FURMANITE AMERICA, INC.,**
             **Plaintiff,**

**-vs-**                                                    **Case No.  6:06-cv-641-Orl-19JGG**

**T. D. WILLIAMSON, INC., TDW SERVICES, INC.,
GREG FOUSHI, JOSE DELGADO, SAUL FERRER,
JAMES JACKSON, ROBERT JOLIN, MICHAEL MAINELLI,
REBECCA MINERVINO, JAMES OVERSTREET,
ROBERT SCHMIDT, NICOLE TURNER, JOHN FOUSHI,
BRIAN MCDONALD,**
             **Defendants.**

## ORDER

This cause came on for consideration without oral argument on the following motion:

> **MOTION:**    **MOTION FOR ENTRY UPON LAND FOR INSPECTION AND COPYING OF TD WILLIAMSON, INC.'S COMPUTERS (Doc. No. 83)**
>
> **FILED:**    **November 30, 2006**
>
> _____
>
> **THEREON** it is **ORDERED** that the motion is **DENIED** as moot. *See* Doc. No. 100 at 18.

**DONE** and **ORDERED** in Orlando, Florida on January 8, 2007.

*Karla R. Spaulding*
_____
KARLA R. SPAULDING
UNITED STATES MAGISTRATE JUDGE
(Signed in the absence of Judge Glazebrook)

Copies furnished to:

Counsel of Record
Unrepresented Parties